768

*Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Sweitzer, Appellant.

Submitted June 9, 1969. *Thomas M. Reese,* for appellant; *John Woodcock, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would remand for an evidentiary hearing.

## Commonwealth *v.* Thomas, Appellant.

Argued June 14, 1969. *Harry R. Kozart,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Anthony G. Bateman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY and SPAULDING, JJ., absent.

## Commonwealth *v.* Trowery, Appellant.